

# STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

LAWRENCE G. WASDEN

April 10, 2018

## SPECIAL DEPUTY ATTORNEY GENERAL APPOINTMENT

TO WHOM IT MAY CONCERN:

Brady J. Hall of the firm of Moore, Elia, Kraft & Hall, LLP, P. O. Box 6756, Boise, Idaho 83707, is hereby appointed Special Deputy Attorney General for the purpose of representing the State of Idaho in <u>Bartlett v. Atencio, et al.</u>, Case No. 1:18-cv-00097-BLW.

This letter of appointment will be included in the files of any court case, hearing, or other matter in which he represents the State of Idaho in this matter.  This appointment is effective for the duration of the above-stated matter.

Any courtesies that you can extend to Mr. Hall in his conduct of business for the State of Idaho, as my delegate, will be appreciated.

Sincerely,

LAWRENCE G. WASDEN
Attorney General

LGW:blm